FILED

2026 May-28  PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **CARLA JAYNE MCGEE,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CASE NO.:** |
| | ) | |
| **V.** | ) | **PLAINTIFF DEMANDS TRIAL** |
| | ) | **BY STRUCK JURY** |
| **CITY OF SYLACAUGA, TIFFANY** | ) | |
| **NIX in her individual and official** | ) | |
| **capacity, NATE BREWER in his** | ) | |
| **individual and official capacity,** | ) | |
| **ASHTON FOWLER in his** | ) | |
| **individual and official capacity AND** | ) | |
| **LEE PERRYMAN in his individual** | ) | |
| **and official capacity,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>Received 3-27-2025<br>420-2025-02216<br>Amended Charge |
|---|---|---|

_____and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)*<br>Carla Jayne McGee          jaynebell99@aol.com | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

**Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)***

| Name<br>City of Sylacauga | No. Employees, Members<br>50+ | Phone No. (Incl. Area Code)<br>256-401-2400 |
|---|---|---|
| Street Address<br>301 North Broadway Avenue, P.O. Box 390, | City, State and ZIP Code<br>Sylacauga, AL 35150-2527 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest  1-1-2015    Latest  3-27-25<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Sometime in 2015, when I was first hired, I was not given the education credit as it was applied to other new hires despite repeated requests to have this addressed and corrected. Each time, the Council denied my request. I was told by Council President Lee Perryman it was because the diploma was 43 years old. This continues to be a controversy among Council members.

I was placed incorrect pay grade for the first year of my employment until October 15, 2016. This was a partial correction, moving me from AO-8 to AO-9; however, I should have been placed in AO-10. Again, I was not placed in the correct step for my education level.

In 2017, my regularly scheduled pay raise was denied. I had to wait an entire year before I received what I was owed which affected my financial stability and retirement.

In 2019, Tate and Associates was hired to review job descriptions and prepare a pay plan. The Council chose not to accept the recommendations and ignored glaring pay inequalities for female employees, and perpetuated unequal treatment.

In 2022, Dr. Davis Cooper from Auburn University presented the Auburn Pay Plan which again was not accepted or implemented by the council again failing to address the pay disparities affecting females.

In March of 2023 in a work session, I complained the City had not been consistent in awarding step raises for degrees. Council member Perryman stated he was opposed to giving step raises to current employees for degrees obtained "before hire" as is being proposed.

The Workers Firm LLC – Lawyers for working people

Received 3-27-2025
420-2025-02216
Amended Charge

On April 18, 2024, the Mayor conducted my performance appraisal. I received 4's and 5's on all areas that were graded. This means I was above average or excellent on all categories of job performance evaluated.

In May of 2024 during a work session, there was a discussion about my job description. This discussion included false information presented by Councilmember Perryman.

In September of 2024, in a Council work session, the final cost to implement the pay plans was presented, and the Council requested a special work session to discuss the cost of the plan.  A revision to the Education Step Raise Policy was also presented in this work session to be effective in February of 2024 which would preclude me from receiving the expected additional education steps for a Master's degree when completed in 2025.  A request was made to grandfather me based on the previous Education Step Raise Policy which was in effect in 2021 when I started to pursue the degree that is related to my job. The Council denied my request for grandfathering.

On November 19, 2024, Councilmember Lee Perryman discussed and requested a new job description for my position, Human Resource Specialist, be placed on the agenda for December 3, 2024. Perryman had made false statements about my job duties in Council work sessions in November of 2024.

On December 17, 2024, Perryman requested my position be moved from the Executive Branch to the Administrative and Finance Department, reporting to the City Clerk whom the council controls. The Mayor is the only person who can make this personnel decision under *Scott v. Coachman*. The Council acted outside of its authority and voted to move my position based on additional false information presented at the meeting by Perryman. My job performance was questioned at the meeting, but I had above-average performance evaluations and worked successfully in my position for nine years and six months.

This is an effort to demote me and preclude me from receiving my education credit due to my age and gender which the council knows I am due. The Council is retaliating against me for making complaints of age and gender discrimination.  This way they can control me since they control the city clerk. The Mayor, who I continue to report to, agrees the council has overstepped its authority.

On March 26, 2025, I received my Masters degree and again requested my education credit. I should have been grandfathered in. They denied this request for the education credit in retaliation of my prior complaints.

I believe my employer has discriminated against me based on my age and my gender in violation of the ADEA and Title VII. I also believe I am being retaliated against based on my complaints of age and gender discrimination. These actions are still occurring and continuing as of the date of the filing of this charge.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY–*When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 27/03/2025 _____ Date    *Carla Jayne McGee* Carla Jayne McGee (Mar 27, 2025 13:13 CDT) Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

The Workers Firm LLC – Lawyers for working people

EEOC Form 5 (11/09)

| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>Received 3-27-2025<br>420-2025-02216<br>Amended Charge |
|---|---|---|

_____ and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)*<br>Carla Jayne McGee  (b)(6), (b)(7)(C) | Home Phone *(Incl. Area Code)*<br>(b)(6), (b)(7)(C) | Date of Birth<br>(b)(6), (b)(7)(C) 1957 |
|---|---|---|
| Street Address<br>(b)(6), (b)(7)(C) | City, State and ZIP Code<br>Sylacauga, AL 35150 | |

**Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)***

| Name<br>City of Sylacauga | No. Employees, Members<br>50+ | Phone No. (Incl. Area Code)<br>256-401-2400 |
|---|---|---|
| Street Address<br>301 North Broadway Avenue, P.O. Box 390, | City, State and ZIP Code<br>Sylacauga, AL 35150-2527 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest          Latest<br>1-1-2015        3-27-25<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Sometime in 2015, when I was first hired, I was not given the education credit as it was applied to other new hires despite repeated requests to have this addressed and corrected. Each time, the Council denied my request. I was told by Council President Lee Perryman it was because the diploma was 43 years old. This continues to be a controversy among Council members.

I was placed incorrect pay grade for the first year of my employment until October 15, 2016. This was a partial correction, moving me from AO-8 to AO-9; however, I should have been placed in AO-10. Again, I was not placed in the correct step for my education level.

In 2017, my regularly scheduled pay raise was denied. I had to wait an entire year before I received what I was owed which affected my financial stability and retirement.

In 2019, Tate and Associates was hired to review job descriptions and prepare a pay plan. The Council chose not to accept the recommendations and ignored glaring pay inequalities for female employees, and perpetuated unequal treatment.

In 2022, Dr. Davis Cooper from Auburn University presented the Auburn Pay Plan which again was not accepted or implemented by the council again failing to address the pay disparities affecting females.

In March of 2023 in a work session, I complained the City had not been consistent in awarding step raises for degrees. Council member Perryman stated he was opposed to giving step raises to current employees for degrees obtained "before hire" as is being proposed.

The Workers Firm LLC – Lawyers for working people

Received 3-27-2025
420-2025-02216
Amended Charge

On April 18, 2024, the Mayor conducted my performance appraisal. I received 4's and 5's on all areas that were graded. This means I was above average or excellent on all categories of job performance evaluated.

In May of 2024 during a work session, there was a discussion about my job description. This discussion included false information presented by Councilmember Perryman.

In September of 2024, in a Council work session, the final cost to implement the pay plans was presented, and the Council requested a special work session to discuss the cost of the plan. A revision to the Education Step Raise Policy was also presented in this work session to be effective in February of 2024 which would preclude me from receiving the expected additional education steps for a Master's degree when completed in 2025. A request was made to grandfather me based on the previous Education Step Raise Policy which was in effect in 2021 when I started to pursue the degree that is related to my job. The Council denied my request for grandfathering.

On November 19, 2024, Councilmember Lee Perryman discussed and requested a new job description for my position, Human Resource Specialist, be placed on the agenda for December 3, 2024. Perryman had made false statements about my job duties in Council work sessions in November of 2024.

On December 17, 2024, Perryman requested my position be moved from the Executive Branch to the Administrative and Finance Department, reporting to the City Clerk whom the council controls. The Mayor is the only person who can make this personnel decision under *Scott v. Coachman*. The Council acted outside of its authority and voted to move my position based on additional false information presented at the meeting by Perryman. My job performance was questioned at the meeting, but I had above-average performance evaluations and worked successfully in my position for nine years and six months.

This is an effort to demote me and preclude me from receiving my education credit due to my age and gender which the council knows I am due. The Council is retaliating against me for making complaints of age and gender discrimination. This way they can control me since they control the city clerk. The Mayor, who I continue to report to, agrees the council has overstepped its authority.

On March 26, 2025, I received my Masters degree and again requested my education credit. I should have been grandfathered in. They denied this request for the education credit in retaliation of my prior complaints.

I believe my employer has discriminated against me based on my age and my gender in violation of the ADEA and Title VII. I also believe I am being retaliated against based on my complaints of age and gender discrimination. These actions are still occurring and continuing as of the date of the filing of this charge.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY–*When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 27/03/2025<br>_____<br>Date      *Carla Jayne McGee*<br>Carla Jayne McGee (Mar 27, 2025 13:13 CDT)<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

The Workers Firm LLC – Lawyers for working people

# AMENDED FINAL EEOC Charge of Discrimination

Received 3-27-2025
420-2025-02216
Amended Charge

Final Audit Report

2025-03-27

| | |
|---|---|
| Created: | 2025-03-27 |
| By: | Trish Gill (trish@theworkersfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAD4nKl3_IX0_HS6DezXGzuRtsrpk9vYUc |

## "AMENDED FINAL EEOC Charge of Discrimination" History

📄 Document created by Trish Gill (trish@theworkersfirm.com)
2025-03-27 - 4:08:07 PM GMT

✉️ Document emailed to Carla Jayne McGee ((b)(6), (b)(7)(C)          for signature
2025-03-27 - 4:08:12 PM GMT

📄 Email viewed by Carla Jayne McGee ((b)(6), (b)(7)(C)
2025-03-27 - 6:04:57 PM GMT

✍️ Document e-signed by Carla Jayne McGee ((b)(6), (b)(7)(C)
Signature Date: 2025-03-27 - 6:13:29 PM GMT - Time Source: server

✅ Agreement completed.
2025-03-27 - 6:13:29 PM GMT

**Adobe Acrobat Sign**