FILED

2026 May-28  PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **CARLA JAYNE MCGEE,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CASE NO.:** |
| | ) | |
| **V.** | ) | **PLAINTIFF DEMANDS TRIAL** |
| | ) | **BY STRUCK JURY** |
| **CITY OF SYLACAUGA, TIFFANY** | ) | |
| **NIX in her individual and official** | ) | |
| **capacity, NATE BREWER in his** | ) | |
| **individual and official capacity,** | ) | |
| **ASHTON FOWLER in his** | ) | |
| **individual and official capacity AND** | ) | |
| **LEE PERRYMAN in his individual** | ) | |
| **and official capacity,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

# EXHIBIT B



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Birmingham District Office**
Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL  35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: February 27, 2026

**To:** Carla McGhee

Charge No: 420-2025-02216

EEOC Representative and email:    TAMMY KIRK
EQUAL OPPORTUNITY INVESTIGATOR
TAMMY.KIRK@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 420-2025-02216.

On behalf of the Commission,

**SHERI GUENSTER**    Digitally signed by SHERI GUENSTER
Date: 2026.02.27 19:02:33 -06'00'

/for Bradley A. Anderson
District Director

**Cc:**
Jansen Voss, Attorney
Christian & Small LLP
505 North 20th Street Suite 1800
Birmingham, AL 35203

mjvoss@csattorneys.com


Patricia Gill, Attorney
The Workers' Firm
22 20th Street North, Suite 900
Birmingham, AL 35203


trish@theworkersfirm.com


Please retain this Notice for your records.